# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**WILLIAM ORLANDO SMITH,**
  **Petitioner,**       Civil Action No. 7:13-cv-00608

**v.**            <u>ORDER</u>

**UNITED STATES OF AMERICA,**  **By:** **Hon. Michael F. Urbanski**
  **Respondent.**       **United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is now

### ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**

**without prejudice** as successive; the motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is **DENIED as moot**;

a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket

of the court.

  The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to Petitioner.

       Entered: February 10, 2014

       */s/ Michael F. Urbanski*

       Michael F. Urbanski
       United States District Judge